IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

No. 7:23-cv-01150-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER ON GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ALLOW SUBSTITUTION OF REDACTED COMPLAINT |
| OAK-BARK CORPORATION; CRONLY BLUFFS, LLC; WILLIAM E. OAKLEY; JAMES C. BARKER; and ELEANOR W. LINDEMANN and ELIZABETH W. McMILLEN, individually and in their capacities as co-trustees of the Elizabeth L. Wright Revocable Trust U/A DTD 1/15/2002, | |
| Defendants. | |

This Court having read and considered the Government's Motion to Seal Complaint and Allow Substitution of Redacted Complaint, filed by the United States of America, at D.E. 2, and for good cause appearing:

IT IS HEREBY ORDERED:

1. That the Motion is granted;

2. The United States may substitute the Complaint [D.E. 1] with a redacted version of the Complaint within 5 days of the date of this order.

Signed 8/7/23.

_____
LOUISE W. FLANAGAN
United States District Judge

1