IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

No. 7:23-cv-01150-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)|
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OAK-BARK CORPORATION; *et al.* | )<br>) |
| Defendants. | )<br>) |
| and | ) ORDER ON GOVERNMENT'S<br>) UNOPPOSED MOTION TO<br>) UNSEAL COMPLAINT |
| OAK-BARK CORPORATION, | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| KOCH SULFUR PRODUCTS, LLC;<br>ENTEGRIS, INC.; and HEXION, INC. fka<br>HEXION SPECIALTY CHEMICAL, INC. | )<br>)<br>) |
| Third-Party Defendants. | ) |

This Court having read and considered the Government's Unopposed Motion to Unseal Complaint, filed by the United States of America, at D.E. 75, and for good cause appearing:

IT IS HEREBY ORDERED:

1. That the Motion is granted;

2. The Clerk is directed to unseal the Complaint [D.E. 1].

Signed 4/26/24.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge